UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:24-cv-01815-CBA-RML**

| | |
|---|---|
| **Carlos Ruiz Florez**,,<br>　　　Plaintiff,<br>vs.<br><br>**Pilfa Holding Cor** and<br>**Vega Food Corp**,<br>　　　Defendants. | **JOINT STIPULATION OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

　　　Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: November 21, 2024


By: /s/ Maria-Costanza Barducci　　　　　　By: /s/ Paul S Zilberfein
　　Maria-Costanza Barducci, Esq.　　　　　　　Paul S Zilberfein
　　BARDUCCI LAW FIRM PLLC.　　　　　　　　The Paul S. Zilberfein Law Firm
　　5 West 19th St., 10th Fl.　　　　　　　　　　470 Mamaroneck Avenue
　　New York, NY 10011　　　　　　　　　　　　Suite 409
　　Telephone: (212) 433-2554　　　　　　　　　White Plains, NY 10605
　　mc@barduccilaw.com　　　　　　　　　　　(914)295-0110
　　*Attorneys for Plaintiff*　　　　　　　　　　　paul@zilberfeinlaw.com
　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*


cc: Via CM/ECF